IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESSE PETTAWAY, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Civil Action 12-00722-WS-N |
| | ) |
| KENNETH JONES, and the | ) |
| ATTORNEY GENERAL of | ) |
| ALABAMA, | ) |
| | ) |
| Respondents. | ) |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 14, 2012, is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Jesse Pettaway's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be **DISMISSED with prejudice,** and that no Certificate of Appealability should issue.

**DONE** this 23rd day of January, 2013.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE