IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESSE PETTAWAY, JR., )<br>)<br>    Petitioner, )<br>)<br>vs. )<br>)<br>KENNETH JONES, and the )<br>ATTORNEY GENERAL of )<br>ALABAMA, )<br>)<br>    Respondents. ) | Civil Action 12-00722-WS-N |

JUDGMENT

In accordance with the order entered on this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED** with prejudice.  Petitioner is not entitled to a certificate of appealability or an appeal in *forma pauperis*.

**DONE** this 23rd day of January, 2013.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE