IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESSE PETTAWAY, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Civil Action 12-00722-WS-N |
| ) | |
| KENNETH JONES, and the ) | |
| ATTORNEY GENERAL of ) | |
| ALABAMA, ) | |
| ) | |
| Respondents. ) | |

JUDGMENT

In accordance with the order entered on this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED** with prejudice. Petitioner is not entitled to a certificate of appealability or an appeal in *forma pauperis*.

**DONE** this 23rd day of January, 2013.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE